IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MARVIN L. KEMP
ADC# 146411                                                          PLAINTIFF

v.                    No. 1:12-cv-1-DPM-HDY

NATHEN HUFFMAN, Segregation Supervisor
Sergeant, Grimes Unit, ADC; NOELS, Lieutenant,
Grimes Unit, ADC; JOE PAGE III, Assistant Warden,
Grimes Unit, ADC; JOHN MAPLES, Warden,
Grimes Unit, ADC; MARVIN EVANS,
Deputy Director, ADC; and RAY HOBBS,
Director, ADC                                                        DEFENDANTS

### ORDER

Under the circumstances, the Court declines to adopt Judge Young's recommendation, *Document No. 7*, that Kemp's complaint be dismissed under Local Rule 5.5(c)(2). Kemp has since provided the Court a correct current address. Motion for reconsideration, *Document No. 11*, denied as moot.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 March 2012