**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION**

MARVIN L. KEMP                                                                                                PLAINTIFF

V.                                          NO: 1:12CV00001 DPM/HDY

NATHEN HUFFMAN *et al.*                                                                            DEFENDANTS

**ORDER**

Plaintiff filed this complaint on January 9, 2012, and service was ordered. On May 2, 2012, the summons was returned unexecuted as to Defendants Jonathon Noel and Nathen Huffman (docket entries #20 & #21). Service had been attempted in the care of the Arkansas Department of Correction, but was returned because Noel and Huffman are no longer employed there. However, Noel's and Huffman's last known addresses were provided and filed under seal.[1] Accordingly, service will be attempted at those addresses.

IT IS THEREFORE ORDERED THAT:

1.      The Clerk is directed to change the style of the case to reflect the correct name of Defendant Jonathon Noel.

2.      Noel's and Huffman's last known addresses shall not be made part of any public record.

3.      The Clerk of the Court shall prepare a summons for Noel and Huffman, and the United States Marshal is hereby directed to serve a copy of the summons and complaint (docket entry #2), and this order, on them, at the addresses provided under seal, without prepayment of fees and costs or security therefor.

---

[1]Noel's correct full name was also provided.

1

4.	Upon re-issuance of the summons and complaint, the United States Marshal is hereby directed to send Plaintiff's copy of process to the Clerk of the Court, who shall then remove the addresses prior to forwarding a copy to Plaintiff.

DATED this  4  day of May, 2012.

_____
UNITED STATES MAGISTRATE JUDGE