IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MARVIN L. KEMP                                                     PLAINTIFF

v.                     No. 1:12-cv-1-DPM–HDY

NATHAN HUFFMAN, Sergeant,
Grimes Unit, ADC; JONATHON
NOELL, Lieutenant, Grimes Unit, ADC;
JOE PAGE III, Assistant Warden,
Grimes Unit, ADC; JOHN MAPLES, Warden,
Grimes Unit, ADC; MARVIN EVANS,
Deputy Director, ADC; RAY HOBBS, Director, ADC      DEFENDANTS

ORDER

In December, Magistrate Judge H. David Young ordered Kemp to provide a current address and to affirm that he wanted to proceed with his lawsuit. *Document No. 43*. The deadline passed with no apparent response from Kemp. Judge Young recommended dismissing Kemp's complaint for failure to comply with the December order. *Document No. 44*. Kemp promptly objected that he had complied but that his response must have been lost in the mail. In the circumstances the Court declines the recommendation and refers the case back to Judge Young for further proceedings as necessary.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 January 2013