## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION


**MARVIN L. KEMP**                                                                   **PLAINTIFF**


v.                                    **No. 1:12-cv-1-DPM–HDY**


**NATHAN HUFFMAN, Sergeant,**
**Grimes Unit, ADC; JONATHON**
**NOELL, Lieutenant, Grimes Unit, ADC;**
**JOE PAGE III, Assistant Warden,**
**Grimes Unit, ADC; JOHN MAPLES, Warden,**
**Grimes Unit, ADC; MARVIN EVANS,**
**Deputy Director, ADC; RAY HOBBS, Director, ADC**       **DEFENDANTS**


### ORDER

In December, Magistrate Judge H. David Young ordered Kemp to

provide a current address and to affirm that he wanted to proceed with his

lawsuit. *Document No. 43.* The deadline passed with no apparent response

from Kemp. Judge Young recommended dismissing Kemp's complaint for

failure to comply with the December order. *Document No. 44.* Kemp

promptly objected that he had complied but that his response must have been

lost in the mail. In the circumstances the Court declines the recommendation

and refers the case back to Judge Young for further proceedings as necessary.

So Ordered.

_____

D.P. Marshall Jr.
United States District Judge

22 January 2013