IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MARVIN L. KEMP**  **PLAINTIFF**
**ADC# 146411**

v.  No. 1:12-cv-1-DPM-HDY

**NATHAN HUFFMAN, Sergeant,**
**Grimes Unit, ADC; JONATHON NOELL,**
**Lieutenant, Grimes Unit, ADC; JOE PAGE III,**
**Assistant Warden, Grimes Unit, ADC;**
**JOHN MAPLES, Warden, Grimes Unit,**
**ADC; MARVIN EVANS, Deputy Director, ADC;**
**and RAY HOBBS, Director, ADC**  **DEFENDANTS**

ORDER

No one has objected to Magistrate Judge H. David Young's recommendation, № 49, that the Court dismiss all claims against Noell, Page, Maples, Evans, and Hobbs; dismiss Kemp's official-capacity claim against Huffman; and allow Kemp to proceed with his individual-capacity claim against Huffman. Reviewing for clear factual error and legal error, FED. R. CIV. P. 72(b) (1983 addition to Advisory Committee Note), the Court adopts the recommendation as its own opinion.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

16 May 2013