IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MARVIN L. KEMP**                                               **PLAINTIFF**

v.                              No. 1:12-cv-1-DPM

**NATHAN HUFFMAN, Sergeant,**
**Grimes Unit, ADC**                                              **DEFENDANT**

## ORDER

This case is first out for trial on 23 June 2014. The Court thanks Judge Young for his work on the case to date and withdraws the reference. The pre-trial disclosure sheets, trial briefs, and jury instructions are overdue. № 60 at 1. The parties should file these as soon as possible. The Court directs the Clerk to mail a copy of this Order, and the Final Scheduling Order, № 60, to Nathan Huffman.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

27 May 2014