# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**MARVIN L. KEMP**                                                              **PLAINTIFF**


**v.**                                **No. 1:12-cv-1-DPM**


**NATHAN HUFFMAN, Sergeant,**
**Grimes Unit, ADC**                                                         **DEFENDANT**


## ORDER

This older case is in the ditch.  Trial is scheduled for 23 June 2014 first-out in Batesville.  Defendant Huffman is *pro se.*  His recent mail from the Court is being returned as undeliverable.  *№ 62 & 63.*  Huffman has not made any of the required pretrial filings.  Plaintiff Kemp has not met any of the Court's pretrial deadlines either.  *№ 60 at 1.*  Last week, the Court entered a reminder Order about all these filings.  *№ 61.*  Kemp has still not proposed jury instructions or listed witnesses and exhibits in a pretrial information sheet. The case cannot be tried on June 23rd in these circumstances. The Final Scheduling Order, *№ 60,* is suspended; and the trial is cancelled.  The Court will hold a status conference on Thursday, 19 June 2014 at 1:30 p.m. in Courtroom B-155 of the Richard Sheppard Arnold Courthouse, 500 West

Capitol Avenue, Little Rock, Arkansas, 72201. Kemp, his lawyer, and Huffman must attend. Between now and then, Kemp, who is represented by counsel, should attempt to locate a current address and telephone number for Huffman. As soon as Kemp gets any contact information, he must notify the Court with a filing under seal. Kemp must also have Huffman personally served — as soon as possible — with a copy of this Order.

So Ordered.

_DPMarshall Jr._____
D.P. Marshall Jr.
United States District Judge

_10 June 2014_____