IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MARVIN L. KEMP                                             PLAINTIFF

v.                      No. 1:12-cv-1-DPM

NATHAN HUFFMAN, Sergeant, Grimes Unit,
ADC; JONATHON NOELL, Lieutenant, Grimes
Unit, ADC; JOE PAGE, III, Assistant Warden,
Grimes Unit, ADC; JOHN MAPLES, Warden,
Grimes Unit, ADC; MARVIN EVANS,
Deputy Director, ADC; and RAY HOBBS,
Director, ADC                            DEFENDANTS

## JUDGMENT

Huffman's complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 November 2014